

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00218-CR

VENTURA RUIZ                                                           APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F-2013-0735-C

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant Ventura Ruiz's "Motion To Dismiss Appeal," which complies with rule 42.2(a). Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 1, 2015